**FILED**
JAN 3 0 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS ROBERTO COUNTER-SANCHEZ,<br><br>Defendant. | Case No. 2cr555-AGS<br><br>**ORDER AND JUDGMENT FOR THE DISMISSAL OF THE INDICTMENT AND RECALL OF THE ARREST WARRANT**<br><br>Date/Time: TBD |

Based upon the Motion of the United States in ECF No. 26, and good cause appearing therefor, it is hereby:

ORDERED that the arrest warrant issued on March 12, 2002 be recalled; and

ORDERED that the Government's motion to dismiss the Indictment is GRANTED and this action is hereby dismissed without prejudice.

DATED: JAN. 29, 2024

HON. ANDREW G. SCHOPLER
U.S. DISTRICT JUDGE